■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN BUCKSBAUM, Appellant, v RAUL RUSSI, Respondent. [628 NYS2d 556] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Murphy, J.), dated June 13, 1994, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements *(see, People ex rel. Hall v Dufrain,* 190 AD2d 917). Copertino, J. P., Santucci, Altman and Krausman, JJ., concur.